POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| MICHAEL D. BLANCHARD<br>MORGAN, LEWIS & BOCKIUS LLP<br>ONE STATE ST.<br>HARTFORD CT 06103<br><br>ATTORNEY FOR: PLAINTIFF | |
| UNITED STATES DISTRICT CT,<br> FOR THE<br> DICTRICT OF CONNECTICUT<br>, | |

| | | |
|---|---|---|
| PLAINTIFF/PETITIONER: EXCELESTAR VENTURES | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: KUNDAPOOR | **3:18-CV-00890-MPS** | |
| **PROOF OF SERVICE OF SUMMONS** | REF NO. OR FILE NO.:<br>**B53726/EXCELESTAR** | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

> SUMMONS IN A CIVIL CASE
> CIVIL COVER SHEET
> COMPLAINT

3. a. Party served:

> JACK KRAMER

   b. Person served: party in item 3a

4. Address where party was served:

> 512 ESPLANADE
> # 402
> REDONDO BEACH CA 90277

5. I served the party

   a. BY PERSONAL SERVICE. I personally delivered the documents listed
    in item 2 to the party or person authorized to receive service
    of process for the party
    (1) ON: **06/06/18**  (2) AT: **02:13 PM**

6  The "Notice to the Person Served" (on the summons) was
   completed as follows:

   a. as an individual defendant

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER: | EXCELESTAR VENTURES | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | KUNDAPOOR | 3:18-CV-00890-MPS |

7.  **Person who served papers**
   a. Name:                ANDREW HUESCA
   b. Address:             P.O. 91985 LONG BEACH, CA 90809
   c. Telephone Number:    562/595-1337
   d. The fee for service was:   96.60
   e. I am:
       (3) registered California process server:
           (i)   Employee or independent contractor.
           (ii)  Registration No.:        2015177951 Expires: 06/04/19
           (iii) County:            LOS ANGELES

8.  **I declare**       under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy of validity of that document.

State of California       County of Los Angeles
Subscribed and sworn to before me on this ___ day of June 2018
Andrew Huesca proved to me on the basis of satisfactory evidence
to be the person who appeared before me Amy J Fisher.

Notary Public

AMY J. FISHER
Commission # 2073401
Notary Public - California
Los Angeles County
My Comm. Expires Jul 29, 2018

06/07/18

ANDREW HUESCA

SIGNAL ATTORNEY SERVICE, INC., LOS ANGELES CO. REG# 4943, EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. July, 2012)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,  417.10
Invoice No.:      707113