STATE OF CONNECTIUCT    )
                              ss:  Greenwich          June 15, 2018
COUNTY OF FAIRFIELD     )

    Then and there, by virtue hereof, of the original Summons and Complaint, I made service upon the within named defendant, SUHAS KUNDAPOOR, by leaving a true and attested copy of the original Summons and Complaint, with my doings thereon endorsed, at the usual place of abode of the within named defendant, SUHAS KUNDAPOOR, at 384 Field Point Road, in the Town of Greenwich, Connecticut.

    And afterwards, in Greenwich, on the 15th day of June, 2018, I made service upon the within named defendant, ANNE CARLEY, by leaving a true and attested copy of the original Summons and Complaint, with my doings thereon endorsed, at the usual place of abode of the within named defendant, ANNE CARLEY, at 384 Field Point Road, in the Town of Greenwich, Connecticut.

    A copy for each of the within named defendants.

    Due to the large number of pages, I was forced to affix the Summons and Complaint to the front door of the usual place of abode.

    The within and foregoing is the original Summons and Complaint, with my doings hereon endorsed.

                      ATTEST:

                                          _____
                                          Philip M. Pittocco
                                          Constable, Town of Greenwich

Scanned with CamScanner