## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Excelestar Ventures I, LLC** : | |
| : | **CIVIL NO.** |
| **Plaintiff,** : | **3:18-cv-00890-MPS** |
| **V.** : | |
| : | |
| **Suhas, Kundapoor, et al.** : | |
| : | |
| **Defendants.** : | **JUNE 27, 2018** |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to L. Civ. Rule 7, the undersigned counsel, on behalf of all defendants, hereby moves for an extension of time to respond to the plaintiff's complaint up to an including August 6, 2018.  In support of this motion, the undersigned represents that he was retained to represent the defendants on June 25, 2018.  Upon review of the docket sheet, the undersigned learned that responsive pleadings for the following named defendants are due on June 27, 2018: Greenwich Carbon IM, LLC, Greenwich Carbon OK, LLC, Greenwich Carbon, LLC, KayJay Associates, Inc, and Jack Kramer.  Responsive pleadings for the following named defendants are due on July 6, 2018:  Greenwich Energy & Company, LLC, Greenwich Equity Group, LLC, Suhas Kundapoor, Anthony Taverna, Taverna Associates Inc., and Anne Carley.

The plaintiff's complaint with exhibits includes seven (7) causes of action over 338 pages and more than 800 paragraphs of factual allegations to which the defendants must respond. Given the undersigned's recent retention to represent the defendants, additional time is necessary for counsel to analyze the allegations in the complaint, confer with his clients, and prepare a response to the allegations in the complaint.  It is impossible to respond to the complaint by the June 27, 2018 deadline for some of the defendants to respond given that counsel was retained on

June 25, 2018, and it would be unduly burdensome to be required to respond to the complaint on behalf of the other defendants by the July 6, 2018 given the length of the complaint. The undersigned therefore submits that good cause exists for setting a single response deadline for all defendants and giving the defendants thirty (30) days from the response deadline of July 6, 2018 to respond to the plaintiff's detailed and voluminous complaint. The undersigned further submits that the plaintiff will not be prejudiced by granting the requested extension and granting an extension will not unduly delay the proceedings in this case given that it was recently filed. This is the defendants' first motion for extension of time to respond to the complaint.

Pursuant to L. Civ. Rule 7, the undersigned counsel inquired of plaintiff's counsel, Michael D. Blanchard, Jordan D. Hershman and Matthew C. McDonough, about the requested extension of time and learned that the plaintiff does not oppose this motion. The undersigned further represents that this motion could not have been filed by the undersigned counsel at least three days before the June 27, 2018 responsive pleading deadline because counsel had not been retained.

WHEREFORE, the defendants respectfully request that this motion be granted and that the Answer deadline for all defendants be extended to and set for August 6, 2018.

**DEFENDANTS,
SUHAS KUNDAPOOR; ANNE
CARLEY; ANTHONY TAVERNA;
TAVERNA ASSOCIATES, INC.;
JACK KRAMER; KAYJAY
ASSOCIATES, INC.;
GREENWICH CARBON OK, LLC;
GREENWICH CARBON, LLC;
GREENWICH CARBON IM, LLC;
GREENWICH EQUITY GROUP, LLC;
and GREENWICH ENERGY &
COMPANY, LLC.**

By__/S/_____
  Michael T. McCormack (ct13799)
  O'Sullivan McCormack Jensen & Bliss PC
  Putnam Park, Suite 100
  100 Great Meadow Road
  Wethersfield, CT 06109-2371
  Phone (860) 258-1993
  Fax (860) 258-1991
  mmccormack@omjblaw.com
  Their Attorneys

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Excelestar Ventures I, LLC** | : | |
| | : | **CIVIL NO.** |
| **Plaintiff,** | : | **3:18-cv-00890-MPS** |
| **V.** | : | |
| | : | |
| **Suhas, Kundapoor, et al.** | : | |
| | : | |
| **Defendants.** | : | **JUNE 27, 2018** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**DEFENDANTS,
SUHAS KUNDAPOOR; ANNE
CARLEY; ANTHONY TAVERNA;
TAVERNA ASSOCIATES, INC.;
JACK KRAMER; KAYJAY
ASSOCIATES, INC.;
GREENWICH CARBON OK, LLC;
GREENWICH CARBON, LLC;
GREENWICH CARBON IM, LLC;
GREENWICH EQUITY GROUP, LLC;
and GREENWICH ENERGY &
COMPANY, LLC.**

By__/S/_____
  Michael T. McCormack (ct13799)
  O'Sullivan McCormack Jensen & Bliss PC
  Putnam Park, Suite 100
  100 Great Meadow Road
  Wethersfield, CT 06109-2371
  Phone (860) 258-1993
  Fax (860) 258-1991
  wosullivan@omjblaw.com
  Their Attorneys